# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENIFRE MCCONNELL,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>ESTES EXPRESS LINES, INC.,<br><br>　　　Defendant(s). | Case No. 2:23-cv-01227-GMN-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Pending before the Court is the parties' discovery plan seeking special scheduling review. Docket No. 9.[1] When parties request case management deadlines other than those established by default in the local rules, they must provide "a statement of the reasons why longer or different time periods should apply to the case." Local Rule 26-1(a). No reasons are advanced for the elongated schedule sought in this case. Accordingly, the discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by August 18, 2023.[2]

IT IS SO ORDERED.

Dated: August 11, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The caption of the discovery plan wrongly represents that the discovery plan is submitted in compliance with Local Rule 26-1(b), when it is actually seeking special scheduling review. *See* Local Rule 26-1(a).

[2] Any renewed discovery plan must also include a deadline for exchanging initial disclosures. *See* Fed. R. Civ. P. 26(f)(3)(A); *see also* Local Rule 26-1(b) (discovery plans must include "the information required by Fed. R. Civ. P. 26(f)").

1