# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENIFRE MCCONNELL,<br><br>    Plaintiff,<br><br>v.<br><br>ESTES EXPRESS LINES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01227-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 11] |

Pending before the Court is the parties' amended proposed discovery plan. Docket No. 11. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The parties, however, seek a 311-day discovery period.[1] *See* Docket No. 11 at 1. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. Here, the parties seek an extended discovery period based on generalizations that can be made about most personal injury litigation.[2] *See id.* at 2.

Accordingly, the amended proposed discovery plan is **DENIED**. Docket No. 11. The scheduling order will be as follows:

| | |
|---|---|
| Initial Disclosures: | August 23, 2023 |
| Add/Amend Pleadings: | August 29, 2023 |
| Initial Experts: | September 28, 2023 |
| Rebuttal Experts: | October 30, 2023 |
| Discovery Cut-Off | November 27, 2023 |

---

[1] Discovery periods are calculated from the date the first defendant answers or otherwise appears in the case. Local Rule 26-1(b)(1).

[2] The Court further notes that the parties' amended proposed discovery plan fails to correct the procedural deficiencies that were present in their original proposed discovery plan. *See* Docket No. 11; *see also* Docket No. 10 fns. 1 & 2 (noting procedural deficiencies in the parties' original proposed discovery plan).

| | |
|---|---|
| Dispositive Motions: | December 27, 2023 |
| Joint Pretrial Order: | January 26, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

IT IS SO ORDERED.

Dated: August 14, 2023

_____
Nancy J. Koppe
United States Magistrate Judge