UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENIFRE MCCONNELL,<br><br>        Plaintiff(s),<br><br>v.<br><br>ESTES EXPRESS LINES, INC.,<br><br>        Defendant(s). | Case No. 2:23-cv-01227-GMN-NJK<br><br>**Order**<br><br>[Docket No. 18] |

Pending before the Court is a stipulation to extend unexpired case management deadlines by three months. Docket No. 18. Good cause appears to exist for an extension in light of the out-of-state medical records and employment records that must be obtained. Docket No. 18 at 2. With respect to the length of extension sought, however, the long three-month extension is premised on a desire to mediate. *Id.* ("The parties request a ninety (90) day discovery extension to accommodate mediation"). Settlement discussions and alternative dispute resolution are common aspects of federal litigation and do not generally constitute sufficient grounds to extend case management deadlines. *See Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 (D. Nev. 2022). The stipulation does not explain why a different result should be reached in this case, and the Court is particularly disinclined to grant a lengthy extension of the case management deadlines without knowing a firm date on which the mediation will proceed. *See id.* at 1181 n.8 (identifying factors). Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: November 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1