Scott L. Poisson, Esq.
Nevada Bar No.: 10188
Ryan Kerbow, Esq.
Nevada Bar No.: 11403
**HIGH STAKES INJURY LAW**
320 S. Jones Blvd
Las Vegas, NV 89107
Telephone: (702) 256-4566
Facsimile: (702) 256-6280
Email: ryan@vegashurt.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| Jenifre McConnell, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Estes Express Lines, Inc., a foreign corporation; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendant. | Case No.: 2:23-cv-01227<br><br>**Stipulation and Order to Extend Discovery (Second Request)** |

1. **Summary of Discovery Completed:** Defendant served its Rule 26(a)(1) disclosure, interrogatories, and requests for production on August 15, 2023. Plaintiff served her Rule 26(a)(1) disclosure August 23, 2023. Defendant sent requests to Plaintiff's first set of disclosed medical providers for treatment records on August 24, 2023. Plaintiff served her interrogatories and requests for production on September 18, 2023. Defendants sent requests to Plaintiff's second set of disclosed medical providers for treatment records on September 25, 2023. Plaintiff served her responses to Defendant's interrogatories on September 28, 2023 and responses to Defendant's requests for production on October 6, 2023. Defendant served its responses to Plaintiff's three sets of requests for production on October 25, 2023 and responses to Plaintiff's interrogatories on October 31, 2023. Plaintiff propounded and served her second set of interrogatories and fourth set of requests for production upon Defendant on November 14, 2023. Defendant subpoenaed Plaintiff's outstanding medical records on November 14, 2023, serving

subpoenas to a total of fourteen (14) medical providers. Defendant has also served five (5) subpoenas for past employment records.

Defendant continues to gather Plaintiff's medical records. Plaintiff has responded to written discovery requests and has supplemented her FRCP 26 disclosures. The parties continue working to ensure all relevant documents are being produced.

2. **Discovery Remaining:** Pursuing outstanding medical records, deposing witnesses, retaining and disclosing experts, and then potentially deposing those experts.

3. **Why the Remaining Discovery Could Not Be Completed:** This is a case with a substantial damages claim. Plaintiff, who was 52 at the time of the incident, alleges she fell from the loading ramp of a moving truck she rented from Defendant due to damage to the floor of the loading ramp. She fell onto the asphalt surface of the street. Plaintiff required a cervical fusion and a carpal tunnel surgery, and has more than $900,000.00 in claimed medical expenses. Moreover, Plaintiff is a veterinarian and claims that her injuries have impacted her ability to use her hands to perform surgeries and other veterinarian work, and is therefore claiming loss of earnings.

Plaintiff has moved to the east coast. She is continuing to treat with new medical providers whose records need to be obtained. Record requests have been sent to Plaintiff's pre-incident medical providers disclosed in discovery. Requests have been sent to New York, Virginia, North Carolina, and New Jersey. Additionally, Defendant is working to obtain employment records from Nevada, New York, Virginia and New Jersey to assess Plaintiff's wage loss claim. Plaintiff provided authorizations to Defendant for the out-of-state providers on November 6, 2023.

In light of the number of records requested and timing of the requests sent, the parties anticipate that an extension of seventy five (75) days will be sufficient. The requested records are needed ahead of expert witness reports in this case.

/ / /

4. **Discovery Plan**:  For all of these reasons, the parties propose the discovery period below.

|  | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| Initial Disclosures | August 23, 2023 | No Change |
| Amending the Pleadings and Adding Parties | November 2, 2023 | No Change |
| Initial Expert Disclosures | December 4, 2023 | February 15, 2024 |
| Rebuttal Expert Disclosures | January 2, 2024 | March 18, 2024 |
| Discovery Closes | January 31, 2024 | April 15, 2024 |
| Dispositive Motions | March 1, 2024 | May 15, 2024 |
| Pre-Trial Order, if no Dispositive Motions | April 1, 2024 | June 14, 2024 |

DATED this 21st day of November, 2023.

| WILSON ELSER | HIGH STAKES INJURY LAW |
|---|---|
| */s/ Kevin Brown*<br>Michael Lowry, Esq.<br>Nevada Bar No. 10666<br>Kevin A. Brown, Esq.<br>Nevada Bar No. 7621<br>Attorneys for Estes Express Lines, Inc. | */s/ Ryan Kerbow*<br>Scott L. Poisson, Esq.<br>Nevada Bar No. 10188<br>Ryan Kerbow, Esq.<br>Nevada Bar No. 11403<br>Attorneys for Plaintiff |
| Dated:  November 22, 2023 | It is so ordered.<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE |