# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENIFRE MCCONNELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>ESTES EXPRESS LINES, INC.,<br><br>    Defendant(s). | Case No. 2:23-cv-01227-GMN-NJK<br><br>**Order**<br><br>[Docket No. 34] |

    Pending before the Court is a stipulation to extend unexpired case management deadlines by 60 days, which is the fourth request for extension. Docket No. 34. The latest extension request is predicated most significantly on the fact that Plaintiff underwent another surgery and, in light of that surgery, more time is required to assess Plaintiff's long-term physical limitations and how the limitations will impact her veterinary work. *See* Docket No. 34 at 3. While such circumstances may provide reason for relief from the current deadlines, the Court also cannot extend deadlines *ad infinitum* in cases involving continued medical treatment. At some point, the case must advance to the merits stage based on the medical treatment already received and with a claim for future damages based on anticipated medical issues. For purposes of this stipulation, however, the Court will allow the extension requested. The Court is not inclined to continue doing so moving forward.

    Accordingly, the stipulation to extend is **GRANTED**. Deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed
- Initial experts: July 1, 2024
- Rebuttal experts: July 31, 2024
- Discovery cutoff: August 30, 2024
- Dispositive motions: September 30, 2024

- Joint proposed pretrial order: November 29, 2024, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: March 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge