

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KEVIN A. BROWN, ESQ.
Nevada Bar No. 7621
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Estes Express Lines, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jenifre McConnell, individually, <br><br> Plaintiff, <br><br> vs. <br><br> Estes Express Lines, Inc., a foreign corporation; and Does 1 through 100; and Roe Corporations 101 through 200, <br><br> Defendant. | Case No.: 2:23-cv-01227 <br><br> **Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss all claims in case 2:23-cv-01227, all parties to bear their own fees and costs. No trial date has been set.

| WILSON ELSER | HIGH STAKES INJURY LAW |
|---|---|
| /s/ Michael Lowry <br> Michael P. Lowry, Esq. <br> Nevada Bar No. 10666 <br> Kevin A. Brown, Esq. <br> Nevada Bar No. 7621 <br> Attorneys for Estes Express Lines, Inc. | /s/ Amber N. King <br> Scott L. Poisson, Esq. <br> Nevada Bar No. 10188 <br> Ryan Kerbow, Esq. <br> Nevada Bar No. 11403 <br> Amber N. King, Esq. <br> Nevada Bar No. 14070 <br> Attorneys for Plaintiff |
| IT IS SO ORDERED. <br> Dated this _18_ day of November, 2024. | _____ <br> Gloria M. Navarro, District Judge <br> UNITED STATES DISTRICT COURT |

291643441v.2

-2-

291643441v.2